UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Bill Elwood  
    Jennifer Elwood  
        Debtor(s)

Case No. 11 B 03173

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2011.

2) The plan was confirmed on 04/18/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/05/2013.

5) The case was Completed on 09/02/2014.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $28,549.06.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $18,352.01 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**                                             $18,352.01

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,264.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $804.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**              $4,068.79

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACC Consumer Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Management | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Advocate Illinois Masonic | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALC Laboratories | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 357.00 | 434.81 | 434.81 | 434.81 | 0.00 |
| American InfoSource LP | Unsecured | 246.00 | 337.37 | 337.37 | 337.37 | 0.00 |
| American Medical Collection | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Collect Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 748.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 278.00 | 269.39 | 269.39 | 269.39 | 0.00 |
| EOSCCA | Unsecured | 425.30 | NA | NA | 0.00 | 0.00 |
| Fertility Centers Of Illinois | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 1,045.59 | NA | NA | 0.00 | 0.00 |
| First Source Bank | Unsecured | 1,305.51 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 1,342.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 458.43 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 819.72 | NA | NA | 0.00 | 0.00 |
| Hidden Oak Group Inc | Unsecured | NA | 403.20 | 403.20 | 403.20 | 0.00 |
| HSBC | Unsecured | 17,647.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 377.09 | 377.09 | 377.09 | 0.00 |
| Internal Revenue Service | Priority | 1,500.00 | 1,665.46 | 1,665.46 | 1,665.46 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | 200.00 | 100.84 | 100.84 | 100.84 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 365.27 | 452.27 | 452.27 | 452.27 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,505.00 | 1,505.43 | 1,505.43 | 1,505.43 | 0.00 |
| Malcolm S Gerald & Assoc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 264.17 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 352.24 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 1,029.41 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 103.09 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 53.30 | NA | NA | 0.00 | 0.00 |
| Metabank | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| Mid America Bank | Unsecured | 78.00 | 141.64 | 141.64 | 141.64 | 0.00 |
| Money Management International | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 644.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Systems | Unsecured | 45.50 | NA | NA | 0.00 | 0.00 |
| National Revenue Corporation | Unsecured | 87.80 | NA | NA | 0.00 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 527.00 | 527.51 | 527.51 | 527.51 | 0.00 |
| Oak Park Physicians Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Paragon Way Inc | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,342.30 | 1,490.22 | 1,490.22 | 1,490.22 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 569.00 | 587.56 | 587.56 | 587.56 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 367.54 | 367.54 | 367.54 | 0.00 |
| Premier Bankcard | Unsecured | 254.00 | 254.17 | 254.17 | 254.17 | 0.00 |
| Premier Bankcard | Unsecured | 490.00 | 490.99 | 490.99 | 490.99 | 0.00 |
| Premier Bankcard | Unsecured | 288.00 | 288.12 | 288.12 | 288.12 | 0.00 |
| Premier Bankcard | Unsecured | 282.00 | 282.08 | 282.08 | 282.08 | 0.00 |
| Professional Account Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 733.75 | 733.75 | 733.75 | 0.00 |
| Resurgent Capital Services | Unsecured | 625.00 | 617.87 | 617.87 | 617.87 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 1,045.59 | 1,045.59 | 1,045.59 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 104.35 | 104.35 | 104.35 | 104.35 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Rnb Fields3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rnb Fields3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rush Oak Park Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 17,647.00 | 15,964.69 | 15,964.69 | 0.00 | 0.00 |
| Tamid Medical Group | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| University Pathologists PC H | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 1,024.00 | 1,024.66 | 1,024.66 | 1,024.66 | 0.00 |
| Weltman Weinberg & Reis Co LPA | Unsecured | 745.00 | 781.31 | 781.31 | 781.31 | 0.00 |
| WFNNB/Lane Bryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $15,964.69 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,964.69** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,665.46 | $1,665.46 | $0.00 |
| **TOTAL PRIORITY:** | **$1,665.46** | **$1,665.46** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,617.76** | **$12,617.76** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,068.79 |
| Disbursements to Creditors | $14,283.22 |
| **TOTAL DISBURSEMENTS:** | **$18,352.01** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/24/2014         By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**